IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN COLLIER, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF RUTHIE COLLIER,<br>PLAINTIFF,<br><br>VS.<br><br>AMERICAN GREETINGS CORP.,<br><br>DEFENDANT. | Civil Action Number 10-CV-625-JHP-FHM |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**

Kevin Collier moves for leave to file the attached sur-reply to American Greetings' response [Dkt. No. 19] concerning its motion for summary judgment [Dkt. No. 17]. American Greetings opposes this motion.

1. **ARGUMENT.**

American Greetings' reply brief accuses the Collier Estate of misrepresenting Arkansas as it existed when American Greetings secretly insured Ruthie Colliers' life. The Collier Estate has prepared a short, two-page sur-reply to address American Greetings' accusations of misrepresentation. Attached to the sur-reply are copies of the historical Arkansas statutes which also disprove American Greetings' accusations.

2. **PRAYER.**

The Collier Estate asks the Court to grant leave to file the sur-reply attached as **Exhibit 1**.

Respectfully submitted,

**TAYLOR, BURRAGE, FOSTER, MALLETT, DOWNS & RAMSEY**

Stratton Taylor, OBA # 101042
Sean Burrage, OBA # 15078
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Telephone: (918) 343-4100
Facsimile: (918) 343-4900

**MCCLANAHAN • MYERS • ESPEY, L.L.P.**

By:_____/s/ Michael D. Myers_________
Michael D. Myers, OBA # 21927
Robert H. Espey, II
3355 West Alabama, Suite 210
Houston, Texas 77098
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

**ATTORNEYS FOR THE PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the above and foregoing document through the Court's electronic filing system to:

David L. Bryant
Craig A. Fitzgerald
GableGotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
Telephone: (918) 595-4800
Facsimile: (918) 595-4990

DATED this 16th day of June 2011.

/s/ Michael D. Myers
Michael D. Myers

**CERTIFICATE OF CONFERENCE**

On June 16, 2011 I e-mailed a copy of this motion for leave to file a sur-reply along with the proposed sur-reply to Christopher Loeber, counsel for American Greetings. Mr. Loeber informed me that American Greetings opposed the motion for leave.

DATED this 16th day of June 2011.

/s/ Michael D. Myers___________________
Michael D. Myers